UNITED STATES FEDERAL COURT

NORTHERN DISTRICT WESTERN DIVISION OHIO

3:25 CV 895

FILED
MAY 0 5 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| Philip Chrysanthus | ) | |
| Plaintiff | ) | |
| V | ) | |
| Daven E. Stedke | ) | |
| Allen County | ) | Petition |
| Defendants | ) | |

JUDGE KNEPP

MAG JUDGE CLAY

Pursuant to Federal Rules of Civil Procedures, Title Vlll. Rule.64(b),

bringing monetary relief to victims and their families in the amount of $25,000,000.00

concerning a Retaliatory document Captioned "Lease Agreement" a Mr. Daven E.Stedke

attempts to force upon Plaintiff in this case. Daven E. Stedke,Ttrustee of property located

at 4610 South Dixie Highway, Lima Ohio, 45806 who is in attachment to Allen County

Defendants captioned above. Defendants, identified as Terrorists in this case, use social media as

a method of Retaliation against Philip Chrysanthus. IDEALOGY is used as a bases to argue.

Defendants Posture on Circumstance. Defendants move on assumptions to Retaliate with no

regards to International Law, Crimes Against Humanity. Defendants bring innocent people Undo

Burdon to themselves and their families resulting from acts of Terrorism.

Case studies recognized in...

## United States v Osama bin Laden

Osama bin Laden, identified as a leader of the Terrorist group known as Al-Qaeda brings horrible acts of violence to the United States of America. Out of this tragedy, an Act of Congress pursuant to a Terrorism Act Of 911 providing monetary relief for victims and families was brought.

Philip Chrysanthus Prays for fair Judgment in above captioned case. Terrorists bring substantial damage to victims with dangerous, unjust use of social media. Plaintiff Demands monetary relief for victims and their families Pursuant to the Terrorism Act of 911.

I Philip Chrysanthus Demand Rights to Federal Rules of Civil Procedures TitleVlll.Rule.64.(b).

*Philip Chrysanthus*
Philip Chrysanthus
P.O. Box 04
New Haven, Ohio 44850
216-538-8248
pchry63@gmail.com

Certificate of Service

Under penalty of perjury, I Philip Chrysanthus declare to best of my knowledge, the forgoing documents in attachment are true and accurate and certify Service of this Petition was made on __MAY 05, 2025__, filed...

In The United States Federal Court
Northern District Western Division of Ohio

_Philip Chrysanthus_
Philip Chrysanthus
P.O. Box 04
New Haven, Ohio 44850
216-538-8248
pchry63@gmail.com