**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **PHILIP CHRYSANTHUS,** | CASE NO. 3:25 CV 895 |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **DAVEN E. STEDKE,** | |
| Defendant. | **JUDGMENT ENTRY** |

In accordance with the Court's accompanying Memorandum Opinion and Order, it is ORDERED that Plaintiff's complaint is DISMISSED; and

The Court FURTHER CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: August 6, 2025

1